877 F.2d 54
 Signore (Andrew Del)
v.
City of McKeesport, PA, Washowich (Lou, Mayor), City Council
McKeesport, PA, Dougherty (Wm.), Honick (James), Young
(Carolyn W.), Campbell (Wm.), Vidnovic (Sam R.), Graziano
(Joe F.), Mikell (Charles D.), Lundil (James), Matwick
(Bazylac Ed, Mr.), Dellapenna (Mr.), Weissert (Mr. Wm.),
Mulac (Joe, Mr.), Kumber (Mr.), Cambest (John), Timothy
Indyk Construction Co., Demolisher Allegheny County Dept.
Health , Middle Dept. Inspection Agency, Inc., Javorsky
 NO. 88-3697
 United States Court of Appeals,
Third Circuit.
 MAY 15, 1989
 
 Appeal From: W.D.Pa.,
 Cohill, J.,
 
 680 F.Supp. 200
 
 1
 AFFIRMED.